IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUARI ISMATULLAH, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-1682 (RJL) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

Undersigned counsel, Nicholas A. Oldham, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: December 26, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Nicholas A. Oldham
NICHOLAS A. OLDHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3367
Fax: (202) 616-8470
Nicholas.Oldham@usdoj.gov

Attorney for Respondents