IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUARI ISMATULLAH, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 06-CV-1682 (RJL) |
| GEORGE W. BUSH, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

**RESPONDENTS' RESPONSE TO ORDER TO SHOW CAUSE, NOTICE OF TRANSFER OF PETITIONER, AND MOTION TO DISMISS PETITION AS MOOT**

Pursuant to the Court's November 24, 2006 Order (dkt. no. 3), respondents hereby provide notice that the United States has relinquished custody of petitioner Quari Ismatullah (ISN 591) and transferred him to the control of the Government of Afghanistan. Accordingly, the Court should dismiss the above-captioned petition as moot.

Dated: December 26, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Nicholas A. Oldham
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107

Attorneys for Respondents

- 2 -