IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____ x
                                        :
QARI ISMATULLAH, et al.,                :
                                        :
                Petitioners,            :
                                        :
        v.                              :  No. 06-CV-1682 (RJL)
                                        :
GEORGE W. BUSH, et al.,                 :
                                        :
                Respondents.            :
_____ x
```

**PETITIONER'S RESPONSE TO NOTICE
OF TRANSFER AND MOTION TO DISMISS**

Petitioner Qari Ismatullah, by and through his undersigned counsel, respectfully submits this response to the following documents filed by Respondents on December 22, 2006: (1) response to show cause order (dkt. no. 7); (2) notice of transfer of petitioner (dkt. no. 8); and (3) motion to dismiss habeas petition as moot (dkt. no. 9).

Petitioner does not object to dismissal of his habeas petition without prejudice on the ground that he has been released from Guantánamo.

Dated:   New York, New York
         December 28, 2006

                                Respectfully submitted,

                                Counsel for Petitioner:

                                /s/ William Goodman
                                William Goodman (Pursuant to LCvR 83.2(g))
                                CENTER FOR CONSTITUTIONAL RIGHTS
                                666 Broadway, 7th Floor
                                New York, New York 10012
                                Tel: (212) 614-6464
                                Fax: (212) 614-6499