**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ~~Columbia~~

TO: Rear Adm. Harry B. Harris, Jr.
Commander, Joint Task Force—GTMO
APO aE 09360

Civil Action, File Number 06-1682 RJL

Qari Issmatullah, et al
V.
George W. Bush, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If ... your signature your authority.

...days, you (or the party on whose behalf you are being served) must answer the complaint in any other manner permitted by law.

...behalf you are being served) must answer the ...nt by default will be taken against you for the ...

**Domestic Return Receipt (PS Form 3811):**
- 1. Article Addressed to: Rear Adm. Harry B Harris
- A. Signature: (signed) — Agent
- B. Received by (Printed Name): BALASSA, PAUL C
- C. Date of Delivery: 13 DEC 06
- D. Is delivery address different from item 1? No
- 3. Service Type: Certified Mail
- 2. Article Number: 7004 2510 0000 2032 8376
- 102595-02-M-1540

Handwritten at top: 06-1682   12/-06   BB

...pt of Summons and Complaint By Mail was
(signed) Bryan
(MS Official)

COMPLAINT
...omplaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)