UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 8 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

QARI ISAMATULLAH, *et al.*,      )
                                 )
            Plaintiffs,          )
                                 )   Civ. Action No. 06cv1682 (RJL)
       v.                        )
                                 )
GEORGE W. BUSH                   )
President of the United States, *et al.*, )
                                 )
            Defendants.          )

# FINAL JUDGMENT
(January 5, 2007)[#7]

Petitioner Qari Ismatullah has petitioned for a writ of habeas corpus challenging his detention at the United States Naval Station at Guantanamo Bay, Cuba ("Guantanamo"). On December 26, 2006, the Government provided notice that Mr. Ismatullah had been transferred to the control of the Government of Afghanistan and moved to dismiss the petition as moot. Mr. Ismatullah does not oppose the motion. Therefore, upon consideration of the motion to dismiss and the Petitioner's response, it is, this _____ day of January 2007, hereby

**ORDERED** that [#7] Respondent's Motion to Dismiss is GRANTED without prejudice;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge