IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NASEER, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 06-CV-1676 (RJL) |
| ISMATULLAH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | No. 06-CV-1682 (RJL) |

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioners in the above-captioned cases. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

- 2 -

Dated:   New York, New York
         July 14, 2008

                              Respectfully submitted,

                              Counsel for Petitioners:

                              /s/ Jonathan Wells Dixon
                              Jonathan Wells Dixon (Pursuant to LCvR 83.2(g))
                              CENTER FOR CONSTITUTIONAL RIGHTS
                              666 Broadway, 7th Floor
                              New York, New York 10012
                              Tel:  (212) 614-6423
                              Fax:  (212) 614-6499